**FILED**
June 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOLF FRED PODVA, ) <br> Defendant. ) <br> ) | Case No. MAG. 11-0176-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DOLF FRED PODVA, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

 _X_ Co-Signed Unsecured Appearance Bond

 ____ Secured Appearance Bond

 _X_ (Other) Conditions as stated on the record.

 _X_ (Other) Unsecured bond paperwork to be filed by 07/06/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25pm.

By _____
Edmund F. Brennan
United States Magistrate Judge